```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                          CASE NO. 07 B 01219
    DANELDA J DANIELS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-9800

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    The case was filed on 01/24/2007 and was confirmed 04/30/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured creditors 15.00%.

    The case was dismissed after confirmation 12/17/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT AMERICAN FINANCE | SECURED | 800.00 | 22.47 | 418.75 |
| HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HARLEM FURNITURE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 926.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| US ATTORNEYS OFFICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| A WINDY CITY MOVERS | UNSECURED | NOT FILED | .00 | .00 |
| ACS COLLEGE LN CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN STUDENT ASSISTA | UNSECURED | NOT FILED | .00 | .00 |
| DELTA MANAGEMENT ASSOCIA | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | 1204.51 | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 3665.12 | .00 | .00 |
| FREEDOM CARD GOLD MASTER | UNSECURED | 754.63 | .00 | .00 |
| CBT ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| AUGUST MAX WOMAN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITOL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CASUAL CORNER | UNSECURED | NOT FILED | .00 | .00 |
| JBC & ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CASUAL CORNER | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO IMAGING ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST CABLE | UNSECURED | 815.12 | .00 | .00 |
| CROSSING POINTE | UNSECURED | NOT FILED | .00 | .00 |
| DOLLAR TREE | UNSECURED | NOT FILED | .00 | .00 |
| DR EDWARD J MATSUMOTO DD | UNSECURED | NOT FILED | .00 | .00 |
| EDDIE Z EXPRESS BLINDS | UNSECURED | NOT FILED | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 01219 DANELDA J DANIELS

```
EDWARD J MATSUMOTO DDS     UNSECURED     NOT FILED            .00            .00
GLOBAL PAYMENTS CHECK SE   UNSECURED     NOT FILED            .00            .00
GREAT AMERICAN FINANCE     UNSECURED        50.00            .00            .00
HONEY CREEK                UNSECURED       216.95            .00            .00
MIDNIGHT VELVET            UNSECURED       719.40            .00            .00
MEDICAL                    UNSECURED     NOT FILED            .00            .00
MEDICAL                    UNSECURED     NOT FILED            .00            .00
MEDICAL                    UNSECURED     NOT FILED            .00            .00
MERRICK BANK               UNSECURED       922.66            .00            .00
GC SERVICES                NOTICE ONLY   NOT FILED            .00            .00
MERRICK BANK~              UNSECURED     NOT FILED            .00            .00
NEWPORT NEWS               UNSECURED     NOT FILED            .00            .00
NORTHWESTERN MEDICAL FAC   UNSECURED     NOT FILED            .00            .00
OUR WEEKENDS               UNSECURED     NOT FILED            .00            .00
ST JOSEPH HOSPITAL         UNSECURED     NOT FILED            .00            .00
SBC ILLINOIS               UNSECURED     NOT FILED            .00            .00
SBC ILLINOIS               UNSECURED     NOT FILED            .00            .00
SEVENTH AVENUE             UNSECURED       386.02            .00            .00
ILLINOIS ATTORNEY'S GENE   UNSECURED     NOT FILED            .00            .00
STATE OF IL DEPT OF EMPL   NOTICE ONLY   NOT FILED            .00            .00
SWISS COLONY               UNSECURED     NOT FILED            .00            .00
THE DANBURY MINT           UNSECURED     NOT FILED            .00            .00
UNIVERSAL FIDELITY LP      NOTICE ONLY   NOT FILED            .00            .00
THE SWISS COLONY           UNSECURED       554.29            .00            .00
TRUMAN COLLEGE             UNSECURED     NOT FILED            .00            .00
UPTOWN EMERG PHYSICIANS    UNSECURED       340.00            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       273.61            .00            .00
ECMC                       UNSECURED     36207.64            .00            .00
WALGREENS                  UNSECURED     NOT FILED            .00            .00
WEISS MEMORIAL HOSPITAL    UNSECURED      2809.00            .00            .00
AMERICASH LOANS LLC        UNSECURED      1148.90            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED     19852.97            .00            .00
INTERNAL REVENUE SERVICE   SECURED        2415.00            .00         647.79
ASPIRE                     UNSECURED       847.81            .00            .00
SPRINT-NEXTEL CORP         UNSECURED       153.94            .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY   2,954.00                        555.76
TOM VAUGHN                 TRUSTEE                                       110.23
DEBTOR REFUND              REFUND                                          .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                     1,755.00

PRIORITY                                            .00
SECURED                                        1,066.54
     INTEREST                                     22.47
UNSECURED                                           .00

```
ADMINISTRATIVE                                           555.76
TRUSTEE COMPENSATION                                     110.23
DEBTOR REFUND                                               .00
                       ---------------       ---------------
TOTALS                       1,755.00             1,755.00
```

        Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/26/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE